# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

SEVERN PEANUT COMPANY, INC.

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:17-CV-59 |
| ) | |
| KRISTI T. HAMPTON, individually; ) | |
| THOMAS HAMPTON, individually; and ) | |
| KRISTI T. HAMPTON and THOMAS HAMPTON, ) | |
| jointly and as effectively a marital general partnership ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Kristi T. Hampton, 266 Scott Lane, Pelzer, South Carolina 29669

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Susan Freya Olive
500 Memorial St
Post Office Box 2049
Durham, NC 27702

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date  2/28/2017

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 1:17-CV-59

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

    **This summon for** *(name of individual and title, if any)* _____ **was received by me on** *(date)* _____ .

❏     **I personally served the summons on the defendant at** *(place)*_____ **on** *(date)* _____ ; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)* _____ , **a person of suitable age and discretion who resides there, on** *(date)* _____ , **and mailed a copy to the individual's last known address; or**

❏     **I served the summons on** *(name of individual)* _____ , **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____ ; **or**

❏     **I returned the summons unexecuted because** _____ ; **or**

❏     **Other** *(specify)***:**
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____ **.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____                _____
                                                                                                           **Server's signature**

                                                            _____
                                                                                   **Printed name and title**

                                                            _____
                                                                                           **Server's address**

**Additional information regarding attempted service, etc:**

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

SEVERN PEANUT COMPANY, INC.

|  |  |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:17-CV-59 |
| ) | |
| KRISTI T. HAMPTON, individually; ) | |
| THOMAS HAMPTON, individually; and ) | |
| KRISTI T. HAMPTON and THOMAS HAMPTON, ) | |
| jointly and as effectively a marital general partnership ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Thomas Hampton, 266 Scott Lane, Pelzer, South Carolina 29669

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Susan Freya Olive
    500 Memorial St
    Post Office Box 2049
    Durham, NC 27702

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date    **2/28/2017**

*Frank G. Johns*, Clerk
United States District Court

**Civil Action No.** 1:17-CV-59

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)* _____
**on** *(date)* _____ ; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $** _____.

**I declare under penalty of perjury that this information is true.**

**Date:** _____     _____
                                          **Server's signature**

                                          _____
                                          **Printed name and title**

                                          _____
                                          **Server's address**

**Additional information regarding attempted service, etc:**

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

SEVERN PEANUT COMPANY, INC.

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:17-CV-59 |
| ) | |
| KRISTI T. HAMPTON, individually; ) | |
| THOMAS HAMPTON, individually; and ) | |
| KRISTI T. HAMPTON and THOMAS HAMPTON, ) | |
| jointly and as effectively a marital general partnership ) | |
| ) | |
| *Defendant* | |

**SUMMONS IN A CIVIL ACTION**

**TO:** *(Defendant's name and address)*
   Kristi T. Hampton and Thomas Hampton, 266 Scott Lane, Pelzer, South Carolina 29669

   **A lawsuit has been filed against you.**

   **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

   Susan Freya Olive
   500 Memorial St
   Post Office Box 2049
   Durham, NC 27702

   **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank G. Johns* (signature)    Date __2/28/2017__

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 1:17-CV-59

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❑ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; **or**

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❑ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑ **I returned the summons unexecuted because** _____; **or**

❑ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____           _____
                                             **Server's signature**

                                    _____
                                             **Printed name and title**

                                    _____
                                             **Server's address**

**Additional information regarding attempted service, etc:**